# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN TYRONE RUFFIN,

    *Petitioner*,

vs.

DIRECTOR NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

    *Respondents*.

2:07-cv-00721-RLH-PAL

ORDER

This represented habeas matter under 28 U.S.C. § 2254 is the Court on respondents' motion (#68) for reconsideration as to the Court's recent order scheduling an evidentiary hearing on the remaining claims of ineffective assistance of trial counsel in Grounds 2, 3, 5, 6 and 7. The Court will order expedited briefing, but with the proviso that the pendency of the motion will not provide a basis for not preparing for the hearing or complying with prehearing deadlines. Counsel should proceed on the assumption that the hearing will go forward as scheduled.

IT THEREFORE IS ORDERED that petitioner shall file a response to respondents' motion (#68) for reconsideration within **7 calendar days** from entry of this order.

IT FURTHER IS ORDERED that respondents shall have **7 calendar days** from the **filing date** of petitioner's response within which to file a reply.

**Extension of the deadlines established herein will be considered in only the most extraordinary of circumstances. The pendency of the motion for reconsideration shall**

**not provide a basis either for resetting the evidentiary hearing or extending prehearing deadlines.**

DATED: August 10, 2011.

_____
ROGER L. HUNT
United States District Judge