# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN TYRONE RUFFIN,

    *Petitioner*,

vs.

DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

    *Respondents*.

2:07-cv-00721-RLH-PAL

ORDER

In connection with the evidentiary hearing in this matter,

IT IS ORDERED that the Nevada Department of Corrections shall transport inmate **KEVIN RUFFIN, Inmate No. 65723**, from Southern Desert Correctional Center, to the United States District Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, to personally attend the matter scheduled for **10:00 a.m., on Monday, September 26, 2011**, in Courtroom 6C.

The Clerk of Court additionally shall provide a copy of this order to the Marshal's Las Vegas office.

DATED: August 29, 2011.

_____
ROGER L. HUNT
United States District Judge