# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN TYRONE RUFFIN,

    *Petitioner*,

vs.

DIRECTOR, NEVADA DEPARTMENT
OF CORRECTIONS, *et al.*,

    *Respondents*.

2:07-cv-00721-RLH-PAL

ORDER

IT IS ORDERED that a telephone status conference is set for **1:30 p.m.** on **Thursday, September 1, 2011**, on respondents' emergency motion (#75) for leave to take deposition on short notice.  Counsel shall call chambers to join the Court to the call after both counsel already are on the line.

        DATED:  August 31, 2011.

ROGER L. HUNT
United States District Judge